UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER

IN RE:  
Robert Hattaway  
Debtor(s)

CASE NO. 06-11251

CHAPTER 12

### NOTICE TO PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN THAT

A hearing will be held on Monday, June 1, 2009, at 9:30 a.m. in the United States Bankruptcy Court, 305 U.S. Post Office and Courthouse, Winchester, Tennessee 37398 on the

Trustee's Motion to Dismiss

If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

### MOTION TO DISMISS

Comes now C. Kenneth Still, Trustee, the Chapter 12 Trustee, pursuant to Bankruptcy Rules 9013 and Bankruptcy Code §§ 1208(c) and moves this Court to enter an order dismissing the above referenced matter.

For cause the Trustee would show that the Debtor's have failed to make timely plan payments per the confirmed plan.

Wherefore the Trustee respectfully requests this honorable court to dismiss this case.

Respectfully submitted:

/s/ C Kenneth Still  
C Kenneth Still  
Chapter 12 Trustee  
PO Box 511  
Chattanooga TN 37401

## CERTIFICATE OF SERVICE

I certify that on April, 23 2009, I serviced a copy of the Trustee's Motion to Dismiss to the debtor, the Assistant United States Trustee and the United States Bankruptcy Court by ECF personal delivery, or mailing via the U.S. Postal Service, postage prepaid, at their scheduled addresses.

/s/ Lisa Hale

United States Trustee
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN  37402

Robert Peters
100 First Ave SW
Winchester, TN 37398

Robert Hattaway
811 Faulkner Spring Rd
Mcminnville Tn 37110