

**SO ORDERED.**

**SIGNED this 03 day of August, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
R. Thomas Stinnett
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER

IN RE:
Robert Hattaway
    Debtor(s)

CASE NO. 06-11251

CHAPTER 12

### ORDER OF DISMISSAL

This matter came before the Court, on the Trustee's Motion to Dismiss. Based on testimony in court and for good cause It is,

ORDERED, Trustee's Motion to Dismiss is sustained and the above referenced case is dismissed. It is,

FURTHERED ORDERED, that the trustee shall file his final report in this case.

####Approved for Entry

_/s/ C Kenneth Still_
C Kenneth Still
Chapter 12 Trustee
1110 Market Street, Suite 400
Chattanooga, TN 37402
(423) 265-2261