## DENIED AS WITHDRAWN.

**SIGNED this 21 day of September, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
**R. Thomas Stinnett**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

IN RE:  **CHAPTER 12**
**Robert R. Hattaway**

**Case No. 06-11251**

Debtor(s).

**ORDER**

This cause came on for hearing on the debtor's motion to reinstate case under the term of the order confirming plan. It is therefore

ORDERED that the Chapter 12 case is reinstated, and that the debtor shall pay over to the Trustee $57,766.62 which will bring the Plan payments current until January 2010.

# # #

Approved For Entry:

SWAFFORD, PETERS, PRIEST & HALL

By: /s/ Robert S. Peters
Robert S. Peters, BPR #003630
120 N. Jefferson Street
Winchester, TN  37398
(931) 967-3888